BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Acting Assistant United States Attorney
Chief, Criminal Division
BLAKE HANNAH (Cal. Bar No. 312086)
Special Assistant United States Attorney
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0172
Facsimile: (213) 894-2927
E-mail: Blake.Hannah@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE CARRENO,<br><br>Defendant. | No. 2:25-MJ-5291-DUTY<br><br><u>[PROPOSED] ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a)</u> |

The Court has read and considered the government's motion to dismiss the complaint without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that there is good cause to dismiss the complaint in the interests of justice.

///

///

///

Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendant in the interest of justice.

IT IS SO ORDERED.

______________________________
DATE

______________________________
HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
BLAKE HANNAH
Special Assistant United States Attorney