

1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9         **CENTRAL DISTRICT OF CALIFORNIA**
10
11  UNITED STATES OF AMERICA,        Case No. CR 25-772-MWF
12         Plaintiff,                **VERDICT FORM**
13     v.
14  KATHERINE CARRENO,
15         Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

**VERDICT FORM**

We, the Jury in the above-captioned action, unanimously find defendant KATHERINE CARRENO:

____X____        NOT GUILTY

_____        GUILTY

of Assault on Y.P., a federal officer, as charged in the Information.

_____
FOREPERSON OF THE JURY

DATED: _11-6-25_____, in Los Angeles, California.